IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CR-142-WKW |
| | ) | |
| TANEILIAN McARTHUR | ) | |

## **ORDER**

On October 15, 2019, the Magistrate Judge filed a Recommendation to which no objections have been filed. (Doc. # 66.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that Defendant's Motion to Suppress (Doc. # 24) is DENIED..

DONE this 27th day of January, 2020.

                                                    /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE